```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

APRIL TYREE,                          :
                                      :
    Plaintiff,                        :
                                      :
vs.                                   :     CIVIL ACTION 11-0326-M
                                      :
MICHAEL J. ASTRUE,                    :
Commissioner of Social Security,      :
                                      :
    Defendant.                        :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff April Tyree and against Defendant Michael J. Astrue.

DONE this 1st day of February, 2012.

                                            s/BERT W. MILLING, JR.
                                            UNITED STATES MAGISTRATE JUDGE