```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

APRIL TYREE,                         :
                                     :
    Plaintiff,                       :
                                     :
vs.                                  :    CIVIL ACTION 11-0326-M
                                     :
MICHAEL J. ASTRUE,                   :
Commissioner of Social Security,     :
                                     :
    Defendant.                       :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff April Tyree and against Defendant Michael J. Astrue.

DONE this 1st day of February, 2012.

                                          s/BERT W. MILLING, JR.
                                          UNITED STATES MAGISTRATE JUDGE