IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

```
APRIL TYREE,                         :
                                     :
     Plaintiff,                      :
                                     :
vs.                                  :      CIVIL ACTION 11-0326-M
                                     :
MICHAEL J. ASTRUE,                   :
Commissioner of Social Security,     :
                                     :
     Defendant.                      :
```

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff April Tyree and against Defendant Michael J. Astrue. It is further **ORDERED** that Plaintiff be **AWARDED** an EAJA attorney's fee in the amount of $2,886.72.

DONE this 29th day of May, 2012.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE